| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KEVIN RAY DEESE, ) | |
| Defendant. ) | |

The Motion to Release Sealed Material to the Printer filed by the Defendant, to wit Government's Sealed Motion (DE #103), Defendant's Sealed Motion (DE #111), Presentence Report and Statement of Reasons, is hereby ALLOWED.

This the **21** day of **August**, 2014.

*James Dever*
The Honorable James C. Dever III
Chief U.S. District Judge
Eastern District of North Carolina