IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-42-1D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| KEVIN RAY DEESE, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 244 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

SO ORDERED. This 21 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge