IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CR-42-D
No. 7:15-CV-56-D

| | | |
|---|---|---|
| KEVIN RAY DEESE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On March 24, 2015, Kevin Ray Deese ("Deese") filed a motion for return of property [D.E. 201] and a complaint for conversion [D.E. 202]. On March 30, 2015, Deese filed another motion for return of property [D.E. 207].

On November 4, 2015, the court denied Deese's motion to vacate, set aside, or correct his 252-month sentence [D.E. 220]. The court also ordered the government to respond to Deese's motions concerning the return of property. Id. 9.

On December 8, 2015, the government responded in opposition to Deese's motions for return of property [D.E. 233]. On December 21, 2015, Deese replied in opposition [D.E. 234].

The court agrees with the government's argument. See [D.E. 233]. Accordingly, the court DENIES Deese's motions to return property [D.E. 201, 207]. The court also DISMISSES as frivolous Deese's complaint for conversion [D.E. 202].

SO ORDERED. This 22 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge