UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-0042-1-D

| UNITED STATES OF AMERICA | ORDER GRANTING MOTION TO SEAL DOCUMENTS |
|---|---|
| v. | |
| KEVIN RAY DEESE | |

Upon motion by the defendant, by and through counsel, and for good cause shown, it is hereby ordered that the defendant's motion to seal is granted.

SO ORDERED, this __8__ day of _March_, 2021.

JAMES C. DEVER III
United States District Judge